IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY L. MOSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:16-CV-944-WKW |
| | ) | [WO] |
| CHAMBERS COUNTY | ) | |
| DETENTION FACILITY, | ) | |
| MELODY NUTT, CLAY | ) | |
| STEWART, JOANN WORK, and | ) | |
| DR. ANTHONY, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 36.) There being no timely objection filed to the Recommendation, and based on a review of the record which reveals no constitutional violations, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 36) is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court; and

3. No costs are taxed herein.

A final judgment will be entered separately.

DONE this 27th day of June, 2017.

                                             /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE